1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8  IN RE FRANCISCO MOLINA JR. AND          No. C-10-0575 SBA (EMC)
   JOSEPHINE MOLINA.
9
                                           **ORDER DENYING DEBTORS'**
10                                         **MOTION TO COMPEL**
11                                         **(Docket No. 14)**
12
_____/
13
14
15         Debtors the Molinas have filed a motion to compel responses to subpoenas which they issued
16  to Creditor Wells Fargo Bank, N.A.  Having considered the parties' briefs and accompanying
17  submissions, as well as the oral arguments presented at the hearing on June 30, 2010, the Court
18  hereby **DENIES** the Molinas' motion.
19         As the Court ruled at the hearing on the motion, a denial is appropriate for the following
20  reasons.  First, a motion to compel is premature because the assigned judge in the case has not yet
21  made a determination as to whether the reference to the bankruptcy court should be withdrawn.  *See*
22  28 U.S.C. § 157(d); Bankr. L.R. 5011-2.  In other words, the assigned judge has not yet determined
23  that she will exercise jurisdiction over the case.
24         Second, because Wells Fargo is a party to the action, the Molinas should have sought
25  documents via a Rule 34 document request, and not a Rule 45 subpoena.  *See* Fed. R. Civ. P. 34(a)
26  (providing, in relevant part, that "[a] party may serve on *any other party* a request within the scope
27  of Rule 26(b) . . . to produce and permit the requesting party . . . to inspect, copy, test, or sample . . .
28  any designated documents").

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1        Finally, it does not appear from the record that, prior to filing the motion to compel, the

2   Molinas met and conferred with Wells Fargo about the discovery dispute in a manner that satisfies

3   the applicable rules. *See* Fed. R. Civ. P. 37(a)(1) (providing that a motion to compel "must include a

4   certification that the movant has in good faith conferred or attempted to confer with the person or

5   party failing to make disclosure or discovery in an effort to obtain it without court action"); Civil

6   Local Rule 37-1(a).  Although the Molinas asserted at the hearing that they had attempted to meet

7   and confer, they did not certify such in the papers they submitted.

8        Accordingly, the motion to compel filed by the Molinas is denied.  The Court notes that it

9   shall not entertain any other discovery dispute until the assigned judge has made a determination as

10  to whether to exercise jurisdiction over the case.

11       This order disposes of Docket No. 14.

12

13       IT IS SO ORDERED.

14

15  Dated: July 2, 2010

16  _____

17  EDWARD M. CHEN
     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    IN RE FRANCISCO MOLINA JR. AND           No. C-10-0575 SBA (EMC)
     JOSEPHINE MOLINA.
9
10                                            **CERTIFICATE OF SERVICE**
11
12   _____/
13
14
15         I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern

16   District of California.  On the below date, I served a true and correct copy of the attached, by placing

17   said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing

18   said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery

19   receptacle located in the Office of the Clerk.

20   Francisco  Molina                        USBC Manager-Oakland
     810 Morrill Street                       U.S. Bankruptcy Court
21   Hayward,  CA 94541                       1300 Clay Street
                                              #300
22   Josephine  Molina                        Oakland,  CA 94612
     810 Morrill Street
23   Hayward,  CA 94541                       Lois I. Brady
                                              P.O. Box 12754
24                                            Oakland,  CA 94604

25                                            Judge Randall J. Newsome
                                              U.S. Bankruptcy Court
26                                            1300 Clay Street, Suite 300
                                              P.O. Box 2070
27                                            Oakland,  CA 94604

28

Dated:  July 2, 2010                    RICHARD W. WIEKING, CLERK


By:  _____/s/  Leni Doyle_____
        Leni Doyle
        Deputy Clerk

**United States District Court**
For the Northern District of California